UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO,<br><br>        Petitioner,<br><br>  v.<br><br>R. H., TRIMBLE, Acting Warden,<br><br>        Respondent. | ) 1:12-cv—00143-AWI-BAM-HC<br>)<br>) ORDER RE: FINDINGS AND<br>) RECOMMENDATIONS TO DISMISS THE<br>) PETITION WITHOUT LEAVE TO AMEND<br>) (Doc. 7)<br>)<br>) ORDER DISMISSING THE PETITION<br>) WITHOUT LEAVE TO AMEND (Doc. 1)<br>)<br>) ORDER DECLINING TO ISSUE A<br>) CERTIFICATE OF APPEALABILITY AND<br>  DIRECTING THE CLERK TO CLOSE THE<br>  CASE AND SEND A BLANK CIVIL<br>  RIGHTS COMPLAINT FORM TO<br>  PETITIONER |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

    On March 2, 2012, the Magistrate Judge filed findings and recommendations to dismiss the petition without leave to amend, decline to issue a certificate of appealability, and direct the clerk to close the action and send a blank civil rights complaint form to Petitioner. The findings and recommendations were served

1

by mail on Petitioner on the same date.  The findings and recommendations informed Petitioner that objections were due within thirty days of service.

Although the deadline for filing objections has passed, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. The undersigned has carefully reviewed the entire file.  The Court finds that the report and recommendations are supported by the record and proper analysis.

Accordingly, it IS ORDERED that:

1) The findings and recommendations filed on March 2, 2012, are ADOPTED in full; and

2) The petition for writ of habeas corpus is DISMISSED without leave to amend for failure to allege facts entitling the Petitioner to relief in a proceeding pursuant to 28 U.S.C. § 2254; and

3) The Court DECLINES to issue a certificate of appealability; and

4) The Clerk is DIRECTED to send to Petitioner a blank civil rights complaint form, and to close the action.

IT IS SO ORDERED.

Dated: __April 24, 2012__

CHIEF UNITED STATES DISTRICT JUDGE

2