UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>R. H., TRIMBLE, Acting Warden,<br><br>　　　　Respondent. | 1:12-cv—00143-AWI-BAM-HC<br><br>ORDER RE: FINDINGS AND RECOMMENDATIONS TO DISMISS THE PETITION WITHOUT LEAVE TO AMEND (Doc. 7)<br><br>ORDER DISMISSING THE PETITION WITHOUT LEAVE TO AMEND (Doc. 1)<br><br>ORDER DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY AND DIRECTING THE CLERK TO CLOSE THE CASE AND SEND A BLANK CIVIL RIGHTS COMPLAINT FORM TO PETITIONER |

　　　Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

　　　On March 2, 2012, the Magistrate Judge filed findings and recommendations to dismiss the petition without leave to amend, decline to issue a certificate of appealability, and direct the clerk to close the action and send a blank civil rights complaint form to Petitioner.  The findings and recommendations were served

1 by mail on Petitioner on the same date.  The findings and
2 recommendations informed Petitioner that objections were due
3 within thirty days of service.
4     Although the deadline for filing objections has passed, no
5 objections have been filed.
6     In accordance with the provisions of 28 U.S.C. § 636
7 (b)(1)(C), this Court has conducted a *de novo* review of the case.
8 The undersigned has carefully reviewed the entire file.  The
9 Court finds that the report and recommendations are supported by
10 the record and proper analysis.
11     Accordingly, it IS ORDERED that:
12     1)  The findings and recommendations filed on March 2, 2012,
13 are ADOPTED in full; and
14     2) The petition for writ of habeas corpus is DISMISSED
15 without leave to amend for failure to allege facts entitling the
16 Petitioner to relief in a proceeding pursuant to 28 U.S.C.
17 § 2254; and
18     3)  The Court DECLINES to issue a certificate of
19 appealability; and
20     4)  The Clerk is DIRECTED to send to Petitioner a blank
21 civil rights complaint form, and to close the action.
22 IT IS SO ORDERED.

Dated:    April 24, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE